UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    -against-<br><br>NICOLÁS MADURO MOROS,<br>DIOSDADO CABELLO RONDÓN,<br>HUGO ARMANDO CARVAJAL BARRIOS,<br>    a/k/a "El Pollo,"<br>CLÍVER ANTONIO ALCALÁ CORDONES,<br>LUCIANO MARÍN ARANGO,<br>    a/k/a "Ivan Marquez," and<br>SEUXIS PAUCIS HERNÁNDEZ SOLARTE,<br>    a/k/a "Jesús Santrich,"<br><br>                        Defendants. | Case No. 11-cr-205 (AKH)<br><br>**NOTICE OF APPEARANCE** |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

I, Adam S. Kaufmann, am admitted to practice in this Court, am a member of the bar in good standing of this state, and I hereby appear in the above-captioned case as counsel for Cliver Antonio Alcala Cordones.

Date:  March 30, 2020

                                        Respectfully submitted,

                                        _____/s/_____
                                        Adam S. Kaufmann
                                        N.Y. Bar. No. 2666212
                                        S.D.N.Y. No. AK5628
                                        **LEWIS BAACH KAUFMANN**
                                        **MIDDLEMISS PLLC**
                                        The Chrysler Building
                                        405 Lexington Avenue, 64th Floor
                                        New York, New York 10174
                                        Adam.Kaufmann@lbkmlaw.com
                                        (212) 826-7001