UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

  -against-

NICOLÁS MADURO MOROS,
DIOSDADO CABELLO RONDÓN,
HUGO ARMANDO CARVAJAL BARRIOS,
   a/k/a "El Pollo,"
CLÍVER ANTONIO ALCALÁ CORDONES,
LUCIANO MARÍN ARANGO,
   a/k/a "Ivan Marquez," and
SEUXIS PAUCIS HERNÁNDEZ SOLARTE,
   a/k/a "Jesús Santrich,"

          Defendants.

Case No. 11-cr-205 (AKH)

**NOTICE OF APPEARANCE**

---

TO:   Clerk of Court
        United States District Court
        Southern District of New York

I, Anthony M. Capozzolo, am admitted to practice in this Court, am a member of the bar in good standing of this state, and I hereby appear in the above-captioned case as counsel for Cliver Antonio Alcala Cordones.

Date: March 30, 2020

                      Respectfully submitted,

                      _____/s/_____
                      Anthony M. Capozzolo
                      N.Y. Bar. No. 2701316
                      S.D.N.Y. No. AC1254
                      **LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**
                      The Chrysler Building
                      405 Lexington Avenue, 64th Floor
                      New York, New York 10174
                      Anthony.Capozzolo@lbkmlaw.com
                      (212) 897-1970