UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,                                          **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

      -against-

                                    S2 11-**CR-**205 **( )  ( )**  (AKH)

Cliver Antonio Alcala Cordones

                              Defendant(s).

-------------------------------------------------------------------X

Defendant ___Cliver Antonio Alcala Cordones___ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

   **x**    Initial Appearance Before a Judicial Officer

   **x**    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

   ___    Bail/Detention Hearing

   ___    Conference Before a Judicial Officer


_____/s/    Cliver Antonio Alcala Cordones_____      _____/s/ Anthony Capozzolo_____
Defendant's Signature                                                                    Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)


_____                                    _____
Print Defendant's Name                                                         Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_3/30/1010_____                                     _____
Date                                                                                      U.S. District Judge/U.S. Magistrate Judge