

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 25, 2020

**By ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14D
New York, New York 10007

> Re:    *United States v. Cliver Antonio Alcala Cordones*, S2 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

We write with respect to the conference currently scheduled for June 26, 2020, at 11:00 a.m. (Dkt. 22). The Government understands that, due to scheduling issues, it is not possible to hold a teleconference in this case on June 26. Accordingly, we respectfully request that the Court adjourn the June 26 conference until July 1, 2020, at 10:30 a.m. The Government also respectfully requests that, in light of the COVID-19 pandemic, the Court extend the exclusion of time through July 1, 2020, in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to these requests.

*So Ordered. Time is excluded until 7/1/20.*
*[signature] 6-25-20*

Respectfully submitted,
AUDREY STRAUSS
Acting United States Attorney

By:    ____/s/____
Amanda Houle
Matthew Laroche
Jason A. Richman
Kyle Wirshba
Assistant United States Attorneys
(212) 637-2194/2420/2589/2493

cc:    Defense counsel (by ECF)