

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 22, 2020

By ECF
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14D
New York, New York 10007

**Re: *United States v. Cliver Antonio Alcala Cordones*, S2 11 Cr. 205 (AKH)**

Dear Judge Hellerstein:

The Government respectfully requests, pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and with the consent of defense counsel, that the Court enter the enclosed protective order relating to discovery in this matter.

Respectfully submitted,
AUDREY STRAUSS
Acting United States Attorney

By: ______/s/____________________
Amanda Houle
Matthew Laroche
Jason A. Richman
Kyle Wirshba
Assistant United States Attorneys
(212) 637-2194/2420/2589/2493

cc: Defense counsel (by ECF)