

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 23, 2020

<u>By ECF</u>
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14D
New York, New York 10007

    Re:    *United States v. Cliver Antonio Alcala Cordones*, S2 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

    We write with respect to the conference currently scheduled for September 2, 2020, at 10:30 a.m.  The Government is continuing to produce discovery to the defendant, and the defendant is in the process of reviewing that material.  Accordingly, the parties respectfully request a 30-day adjournment of this conference date.  The Government also respectfully requests that, in light of the COVID-19 pandemic and to allow for the continued review of discovery, the Court exclude time through the date of the new conference, in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).  Defense counsel consents to these requests.

    Respectfully submitted,
    AUDREY STRAUSS
    Acting United States Attorney

By:    /s/
    Amanda Houle
    Matthew Laroche
    Jason A. Richman
    Kyle Wirshba
    Assistant United States Attorneys
    (212) 637-2194/2420/2589/2493

cc:    Defense counsel (by ECF)