**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 23, 2020

By ECF
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14D
New York, New York 10007

Re:     *United States v. Cliver Antonio Alcala Cordones*, S2 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

        We write with respect to the conference currently scheduled for September 2, 2020, at
10:30 a.m.  The Government is continuing to produce discovery to the defendant, and the defendant
is in the process of reviewing that material.  Accordingly, the parties respectfully request a 30-day
adjournment of this conference date.  The Government also respectfully requests that, in light of
the COVID-19 pandemic and to allow for the continued review of discovery, the Court exclude
time through the date of the new conference, in the interests of justice pursuant to 18 U.S.C.
§ 3161(h)(7)(A).  Defense counsel consents to these requests.

*Conf is adjourned until October
5, 2020 @ 11:00 a.m. Time is
excluded until then; in
the interest of justice.*

*X*  [signature]  *8/24/2020*

Respectfully submitted,
AUDREY STRAUSS
Acting United States Attorney

By: _____/s/_____
        Amanda Houle
        Matthew Laroche
        Jason A. Richman
        Kyle Wirshba
        Assistant United States Attorneys
        (212) 637-2194/2420/2589/2493

cc:     Defense counsel (by ECF)