

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 28, 2020

<u>By ECF</u>
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14D
New York, New York 10007

      Re:    *United States v. Cliver Antonio Alcala Cordones*, S2 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

      We write with respect to the conference currently scheduled for October 5, 2020, at 11:00 a.m. The Government has produced a substantial amount of discovery to the defendant, and the defendant is in the process of reviewing that material. Accordingly, the parties respectfully request a 30-day adjournment of this conference date. The Government also respectfully requests that, in light of the COVID-19 pandemic and to allow for the continued review of discovery, the Court exclude time through the date of the new conference, in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to these requests.

                                   Respectfully submitted,
                                   AUDREY STRAUSS
                                   Acting United States Attorney

                    By:     /s/                   
                                   Amanda Houle
                                   Matthew Laroche
                                   Jason A. Richman
                                   Kyle Wirshba
                                   Assistant United States Attorneys
                                   (212) 637-2194/2420/2589/2493

cc:      Defense counsel (by ECF)