UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

CLIVER ANTONIO ALCALA CORDONES,

Defendant.

11 Cr. 205 (AKH)

**NOTICE OF APPEARANCE**

---

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel of record, with César de Castro, Esq., for defendant Cliver Antonio Alcala Cordones in the above-captioned matter. I certify that I am admitted to practice in this Court.

Dated: New York, New York
October 21, 2020

_____
Valerie A. Gotlib

GOTLIB LAW, PLLC
225 Broadway, Suite 2815
New York, New York 10007
(917) 536-8171 (phone)
valerie@gotliblaw.com

*Attorney for Cliver Antonio Alcala Cordones*