**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>CLIVER ANTONIO ALCALA CORDONES,<br><br>Defendant. | No. 11-cr-205 (AKH)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

     Please enter my appearance as counsel of record, with César de Castro, Esq., for defendant Cliver Antonio Alcala Cordones in the above-captioned matter. I certify that I am admitted to practice in this Court.

Dated: New York, New York
         October 22, 2020

                                                                                                                Respectfully submitted,

                                                                                                        /s/ Adam S. Kaufmann
                                                                                                          Adam S. Kaufmann
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
The Chrysler Building
405 Lexington Avenue, 64th Floor
New York, New York 10174
Tel.: (212) 826-7001
Fax: (212) 826-7146
adam.kaufmann@lbkmlaw.com

*Attorney for Defendant Cliver Antonio Alcala Cordones*