**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>CLIVER ANTONIO ALCALA CORDONES,<br><br>Defendant. | No. 11-cr-205 (AKH)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel of record, with César de Castro, Esq., for defendant Cliver Antonio Alcala Cordones in the above-captioned matter. I certify that I am admitted to practice in this Court.

Dated: Washington, DC
October 22, 2020

Respectfully submitted,

/s/ Cristián Francos
Cristián Francos
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
1101 New York Avenue NW, Suite 1000
Washington, DC 20005
Tel.: (202) 833-8900
Fax: (202) 466-5738
cristian.francos@lbkmlaw.com

*Attorney for Defendant Cliver Antonio Alcala Cordones*