**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 4, 2020

By ECF
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14D
New York, New York 10007

The pre-trial conference currently scheduled for November 9, 2020 is hereby adjourned to January 6, 2021, at 9:00 a.m. Time is excluded through that date in the interests of justice.

So ordered.
November 5, 2020

[signature]

Re:  *United States v. Cliver Antonio Alcala Cordones*, S2 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

We write on behalf of the parties with respect to the conference currently scheduled for November 9, 2020, at 11:00 a.m. The Government has made several significant discovery productions to the defendant, and the defendant is continuing to review that material. The Government also understands that defense counsel recently met with the defendant virtually for the first time in light of the COVID-19 restrictions. Accordingly, the parties respectfully request a 60-day adjournment of the upcoming conference date. The Government also respectfully requests that, in light of the COVID-19 pandemic and to allow for the continued review of discovery, the Court exclude time through the date of the new conference in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to these requests.

Respectfully submitted,
AUDREY STRAUSS
Acting United States Attorney

By: ___/s/___
Amanda Houle
Matthew Laroche
Jason A. Richman
Kyle Wirshba
Assistant United States Attorneys
(212) 637-2194/2420/2589/2493

cc:  Defense counsel (by ECF)