

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 19, 2021

By ECF
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14D
New York, New York 10007

      Re:    *United States v. Cliver Antonio Alcala Cordones*, S2 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

      The parties understand that the Court has adjourned the upcoming conference until April 12, 2021, at 10:30 a.m. The parties respectfully requests that, in light of the COVID-19 pandemic and to allow for the continued review of discovery, the Court exclude time through the date of the new conference, in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to this request.

      Respectfully submitted,
      AUDREY STRAUSS
      Acting United States Attorney

By:   /s/
     Matthew Laroche
     Jason A. Richman
     Benjamin Schrier
     Kyle Wirshba
     Assistant United States Attorneys
     (212) 637-2420/2589/1062/2493

cc:    Defense counsel (by ECF)