

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 19, 2021

<u>By ECF</u>
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14D
New York, New York 10007

So ordered.

/s/ Hon. Alvin K. Hellerstein
March 22, 2021

Re:   *United States v. Cliver Antonio Alcala Cordones*, S2 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

The parties understand that the Court has adjourned the upcoming conference until April 12, 2021, at 10:30 a.m. The parties respectfully requests that, in light of the COVID-19 pandemic and to allow for the continued review of discovery, the Court exclude time through the date of the new conference, in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to this request.

Respectfully submitted,
AUDREY STRAUSS
Acting United States Attorney

By:  _____/s/_____
Matthew Laroche
Jason A. Richman
Benjamin Schrier
Kyle Wirshba
Assistant United States Attorneys
(212) 637-2420/2589/1062/2493

cc:   Defense counsel (by ECF)