UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES,              :

             :

             :     **SCHEDULING ORDER**

      -against-          :

             :     11 Cr. 205 (AKH)

             :

             :

CLIVER ANTONIO ALCALA CORDONES,    :

            Defendant.    :

             :

------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The status conference, currently scheduled for August 4, 2021, is hereby adjourned until August 23, 2021 at 12:00 p.m., which will be held via the following call-in number:

     **Call-in number: 888-363-4749**

     **Access code: 7518680**

To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

Finally, no later than August 16, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

     SO ORDERED.

Dated:      July 29, 2021           _____/s/ Alvin K. Hellerstein_____
         New York, New York         ALVIN K. HELLERSTEIN
                                  United States District Judge