

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 4, 2021

By ECF
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14D
New York, New York 10007

Re:   ***United States v. Cliver Antonio Alcala Cordones*, S2 11 Cr. 205 (AKH)**

Dear Judge Hellerstein:

The parties understand that the Court has adjourned the upcoming status conference in this matter until August 23, 2021, at 12 p.m. The Government respectfully requests that, in light of the COVID-19 pandemic, to allow for the defendant's continued review of discovery, and to allow the parties to continue to discuss a potential disposition of this matter, the Court exclude time through the date of the new conference, in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A). The defense consents to this request.

Respectfully submitted,
AUDREY STRAUSS
United States Attorney

By: _____/s/_____
Jason A. Richman
Benjamin Schrier
Kyle Wirshba
Assistant United States Attorneys
(212) 637-2589/1062/2493

cc:   Defense counsel (by ECF)