UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                :
:        **ORDER REGULATING**
:        **PROCEEDINGS**
-against-                                :
:        11 cr. 205 (AKH)
CLIVER ANTONIO ALCALA CORDONES,          :
:
Defendant.                 :
:
:
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

On September 27, 2021, I held a telephonic status conference in the above-captioned matter. The following deadlines will apply in this matter:

1. The United States shall make any motion related to the Cybersecurity Information Sharing Act (CISA), 6 U.S.C. § 1501 et seq., by December 1, 2021. The Defendant shall file any opposition to that motion by December 8, 2021.

2. Defendant shall make any other motions and present a briefing schedule by December 13, 2021.

3. The parties are hereby ordered to appear for a telephonic status conference on, and time is excluded in the interests of justice through, December 13, 2021 at 10:30 a.m.

SO ORDERED.

Dated:   September 29, 2021                    /s/ Alvin K. Hellerstein
         New York, New York                    ALVIN K. HELLERSTEIN
                                               United States District Judge