UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

United States of America  Plaintiff,          Case No. 11-CR-205

   -against-

Cliver Alcala Cordones    Defendant.
-----------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Cesar de Castro
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:  CD5679     My State Bar Number is  3948825

I am,
   [X] An attorney
   [ ] A Government Agency attorney
   [ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: The Law Firm of Cesar de Castro, P.C.
            FIRM ADDRESS: 7 World Trade Center, 34FL, NY, NY 10007
            FIRM TELEPHONE NUMBER: 646-200-6166
            FIRM FAX NUMBER: 646-839-2682

NEW FIRM:   FIRM NAME: The Law Firm of Cesar de Castro, P.C.
            FIRM ADDRESS: 111 Fulton St. - 602, NY, NY 10038
            FIRM TELEPHONE NUMBER: 631-460-3951
            FIRM FAX NUMBER: 646-839-2682

[X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 11/18/2021

_____
ATTORNEY'S SIGNATURE