

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 18, 2021

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

The adjournment of the deadline is granted, to February 1, 2022.  Defendant shall file any opposition by February 8, 2022.
So ordered.
/s/ Alvin K. Hellerstein
November 19, 2021

Re:  *United States v. Cliver Antonio Alcala Cordones*, S2 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

      The Government respectfully writes to request a 60-day adjournment of the December 1, 2021 deadline for the filing of the Government's anticipated motion pursuant to Section 4 of the Classified Information Procedures Act, a request to which the defense counsel does not object. The Government further requests a corresponding adjournment of the deadline for the defense's response to that submission. No trial date has been set in this matter, and the Government respectfully submits that the requested adjournment will not interfere with the scheduling for this case.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:        /s/
      Jason A. Richman
      Benjamin W. Schrier
      Kyle A. Wirshba
      Assistant United States Attorneys
      (212) 637-2589/1062/2493