UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA                 :
                                         :
                                         :  **SCHEDULING ORDER**
         -against-                       :
                                         :  11 Cr. 205 (AKH)
CLIVER ANTONIO ALCALA CORDONES           :
                                         :
                      Defendant.         :
                                         :
                                         :
                                         :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

   The conference scheduled for December 13, 2021 is hereby adjourned.  The parties are ordered to appear for an in-person status conference on, and time is excluded in the interests of justice until, January 5, 2022, at 10 a.m. at 500 Pearl Street, Courtroom 14D, New York, NY 10007.

   Finally, no later than January 3, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

   SO ORDERED.

Dated:  December 8, 2021       __/s/ Alvin K. Hellerstein____
     New York, New York      ALVIN K. HELLERSTEIN
                  United States District Judge