THE LAW FIRM OF

# César de Castro, P.C.

ATTORNEY AT LAW

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Main
212.808.8100 Reception
646.839.2682 Fax
www.cdecastrolaw.com

December 10, 2021

*Via* ECF

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: (212) 805-7942

      Re:    *United States v. Cliver Alcala Cordones,* 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

We represent Cliver Alcala Cordones in the above-referenced matter. We write, with the consent of the government, to respectfully requested a three-week adjournment of Mr. Alcala Cordones' motions, which are currently due December 13, 2021. Thank you for your continued attention to this matter.

Respectfully submitted,

    /s/

César de Castro
Valerie A. Gotlib
Adam S. Kaufmann
Cristian Francos