# THE LAW FIRM OF
# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

December 10, 2021

*Via* **ECF**

The request is granted. The Clerk shall terminate the pending requests (ECF No. 58 & ECF No. 59). So ordered.
/s/ Alvin K. Hellerstein
December 13, 2021

The Honorable Alvin K. Hellerstein
U.S. District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Cliver Alcala Cordones*, 11 Cr. 205 (AKH)

Dear Judge Hellerstein,

I write to request that the Court disregard my previous letter, filed earlier today. That letter was prematurely filed. The letter I intended to file included detail underlying our request for a brief adjournment of the motion schedule set by the Court.

Defense motions are due on Monday, December 13, 2021. The defense has identified several potential grounds to seek relief from the Court, including a request that the Court order the government to provide the defense with a Bill of Particulars. As the Court is aware, the discovery produced by the government is voluminous and our earnest review of that discovery has not revealed any evidence connecting General Cordones to the charged conspiracy. To that end, on November 11, 2021, the defense made a detailed and specific request to the government that it provide particulars as well as *Brady/*5F materials we believe exist. Without these materials, the defense cannot adequately prepare its defense.

The government has indicated that it intends to provide materials and/or information in response to our request by the end of the next week or early the following week. In light of the government's anticipated response, we believe it is more prudent to await its response in the event that the response narrows and/or moots the defense request of this Court.

Accordingly, we respectfully request that the Court modify the motion schedule to permit the defense to file its motions on or before Tuesday, January 4, 2021.

2

Respectfully submitted,

/s/

César de Castro


cc: All Counsel of Record (*via* ECF)