| | |
|---|---|
| THE LAW FIRM OF<br># CÉSAR DE CASTRO, P.C.<br>ATTORNEY AT LAW | 111 Fulton St - 602<br>New York, New York 10038<br><br>631.460.3951 Phone<br>646.839.2682 Fax<br>www.cdecastrolaw.com |

January 2, 2022

*Via* ECF

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Cliver Alcala Cordones,* 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

We represent Cliver Alcala Cordones in the above-referenced matter. We write, with the consent of the government, to respectfully request a two-week adjournment of Mr. Alcala Cordones' motions, which are currently due January 4, 2022, and of the conference currently scheduled for January 4, 2022. We have been diligently working to prepare motions and some additional time is necessary to finalize them.

Respectfully submitted,

   /s/

César de Castro
Valerie A. Gotlib
Adam S. Kaufmann
Cristian Francos