# THE LAW FIRM OF
# César de Castro, P.C.
### ATTORNEY AT LAW

111 Fulton St - 602
New York, New York 10038

631.460.3951 Phone
646.839.2682 Fax
www.cdecastrolaw.com

January 20, 2022

*Via* ECF

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Cliver Alcala Cordones,* 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

We represent Cliver Alcala Cordones in the above-referenced matter. We write to respectfully request a one-week adjournment of Mr. Alcala Cordones' motions, which are currently due January 21, 2022. We have been diligently working to prepare motions and some additional time is necessary to finalize them. We note that the government made an additional discovery production earlier this month. The additional time would allow us to determine whether the newly produced discovery has any effect on our anticipated motions.

Respectfully submitted,

    /s/

César de Castro
Valerie A. Gotlib
Adam S. Kaufmann
Cristian Francos