# EXHIBIT C

| From: | Adam S. Kaufmann |
|---|---|
| Sent time: | 11/10/2014 03:41:59 PM |
| To: | Michael Lockard (michael.lockard@usdoj.gov) <michael.lockard@usdoj.gov> |
| Subject: | Update |

Hi Michael,

I called but your voicemail is full. I don't know whether you've spoken to Zach, but it sounds like the new witness brought to the table will be very useful. Two things in that regard:

First, as I understand it, this witness, who took direct orders from certain of your primary targets, corroborates much of what Cliver has been saying about his own lack of involvement in trafficking. Hopefully this will advance the ball for Cliver.



I'm around anytime if you want to talk.

Thanks
Adam


Adam S. Kaufmann
Lewis Baach pllc Kaufmann Middlemiss
The Chrysler Building
New York New York
(212) 822-0128
(646) 772-3347