

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 31, 2022

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

   Re: *United States v. Cliver Antonio Alcala Cordones*, S2 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

  On January 28, 2022, Cliver Antonio Alcala Cordones, the defendant in the above-captioned case, filed certain motions. The defendant's motions were originally due on January 21, 2022, but on that date, the Court granted the defendant's request for a one-week adjournment.

  The Government respectfully requests a concomitant one-week adjournment of the deadline for its opposition to the defendant's motions, which is currently due on February 4, 2022. Granting the requested adjournment will ensure that the Government has two weeks to respond to the defendant's motions, which is what the Court originally intended when it set the motions schedule. The defendant does not object to the Government's requested extension.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney

    By:     /s/
          Jason A. Richman
          Benjamin Woodside Schrier
          Kyle A. Wirshba
          Assistant United States Attorneys
          (212) 637-2589/1062/2493