THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

February 12, 2022

*Via* ECF

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Cliver Alcala Cordones,* 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

We write to respectfully request that the Court adjourn the deadline for the defendant's reply to the government's opposition to the defendant's pretrial motions one week and adjourn the date for oral argument two to three weeks. During a status conference held on January 4, 2022, the Court set the following dates in respect to the defendant's pretrial motions: motions filed by January 21, 2022; response filed by February 4, 2022; reply filed by February 11, 2022; and oral argument to be held on February 16, 2022. The Court granted various requests for adjournments in respect both to the deadlines for motions and responses, resulting in motions ultimately being due on January 28, 2022, and the response on February 11, 2022. *See* ECF Nos. 68, 75. The date for the oral argument was adjourned one day and is currently scheduled for February 17, 2022. However, the date for the reply was not adjourned.

Accordingly, we respectfully request that the Court adjourn the deadline for the filing of the defendant's reply to February 18, 2022, and adjourn the date for oral argument approximately two to three weeks. As noted in a separate letter motion to the Court submitted yesterday, the undersigned remains out of the office due to a family medical emergency since Sunday, February 6, 2022, and, thus, requires oral argument to be set for a date two to three weeks after the current date.

Respectfully submitted,

/s/

César de Castro
Valerie A. Gotlib
Adam S. Kaufmann
Cristián Francos

cc:   All Parties (*via* ECF)

[Handwritten order: Deft's reply shall be filed by February 18, 2022. The oral argument is adjourned until March 15, 2022 at 2:30 p.m. So Ordered. /s/ Alvin K. Hellerstein 2-15-2022]