| | |
|---|---|
| THE LAW FIRM OF<br># CÉSAR DE CASTRO, P.C.<br>ATTORNEY AT LAW | The District<br>111 Fulton Street - 602<br>New York, New York 10038<br>631.460.3951 Office<br>646.285.2077 Mobile<br>646.839.2682 Fax<br>cdecastro@cdecastrolaw.com<br>cdecastrolaw.com |

February 16, 2022

*Via* ECF

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    *United States v. Cliver Alcala Cordones,* 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

We represent Cliver Alcala Cordones in the above-referenced matter. We write, with the consent of the government, to respectfully request a one-week adjournment of both Mr. Alcala Cordones' reply to the government's opposition to his pretrial motions (the "Reply") and his opposition to the government's CIPA Section 4 motion (the "Opposition"), both of which are currently due on February 18, 2022. As noted in letter motions submitted to the Court earlier this week, lead counsel remains out of the office due to a family medical emergency since Sunday, February 6, 2022, and, thus, requires additional time for submission of the Reply and the Opposition.

Accordingly, with the consent of the government, we respectfully request that the submission deadlines for the Reply and the Opposition be adjourned one week. We apologize to the Court for any inconvenience and thank the Court for its consideration.

.
Respectfully submitted,

    /s/

César de Castro
Valerie A. Gotlib
Adam S. Kaufmann
Cristián Francos

cc:    All Parties (*via* ECF)