UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES,

           -against-

CLIVER ANTONIO ALCALA CORDONES,

                             Defendant.
------------------------------------------------------------- x

**SCHEDULING ORDER**

11 Cr. 205 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Government has claimed the state secrets privilege, pursuant to the National Security Act of 1947, 50 U.S.C. § 401 *et seq.* and the Classified Information Procedures Act ("CIPA"), 18 U.S.C. app. 3 § 1, with respect to a number of documents potentially subject to production in discovery.

        The Court has conducted a review of the documents proposed either for deletion (not to be produced under Fed. R. Crim. P. 16) or substitution, with a summary to be provided as authorized under CIPA.

        An ex parte conference will be held with the Government, on May 3 and May 4, 2022, so the Court may rule on each of the documents. The Government will be prepared as to each document to state its relevance, or absence of relevance, its admissibility in its existing form or in any summary, what use the defendant might have for the document, and the reason for its withholding.

1

The conference scheduled for May 3, 2022 is adjourned to May 4, 2022, at 2:30 p.m., with time excluded in the interest of justice.

    SO ORDERED.

Dated:    April 13, 2022                /s/ Alvin K. Hellerstein
           New York, New York       ALVIN K. HELLERSTEIN
                                            United States District Judge