

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 20, 2022

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Cliver Antonio Alcala Cordones*, S2 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

      With the consent of defense counsel, the Government respectfully requests that the Court adjourn the upcoming ex-parte conferences and status conference in the above-referenced matter. As discussed with Your Honor's chambers, one of the undersigned attorneys for the Government tested positive for COVID-19 yesterday, and so will be unable to enter the courthouse under current protocols. To ensure the safety of all participating, therefore, the Government respectfully requests an adjournment of approximately two weeks to a date that is convenient for the Court. At that time, the Government will be prepared to address any questions from the Court, including regarding defense counsel's recent filing. The defense consents to this request.

      In addition, the Government respectfully request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from May 26, 2022, to and including the date set by the Court, to allow the parties to discuss a possible pretrial disposition and prepare for trial.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:      /s/
      Jason A. Richman
      Kaylan E. Lasky
      Kyle A. Wirshba
      Assistant United States Attorneys
      (212) 637-2589/2315/2493