UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES,

                -against-

CLIVER ANTONIO ALCALA CORDONES,

                Defendant.
------------------------------------------------------------- x

**SCHEDULING ORDER**

11 Cr. 205 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        An ex parte conference to resolve the government's pending motion under Section 4 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III, and Fed. R. Crim. P. 16(d)(1), to withhold or summarize documents otherwise to be produced, will be held on July 21, 2022 at 2:30 p.m., in camera, Chambers Room 1050. The definitions of relevance will be accepted prima facie from Defendant's pending motion to compel further production of *Brady* material, filed under seal on May 12, 2022. The government will state the reasons why documents should not be produced, or, if proposed to be produced with substitutions, how such substitutions will provide Defendant "with substantially the same ability to make his defense as would disclosure of the specified classified information." 18 U.S.C. App. III § 6(c).

        The government also shall file under seal its opposition to Defendant's pending motion to compel by June 15, 2022.

Finally, the exclusion of time by my order dated April 25, 2022, to extend to May 26, 2022, remains in effect.

SO ORDERED.

Dated:  June 2, 2022
        New York, New York

ALVIN K. HELLERSTEIN
United States District Judge