

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 29, 2022

**BY ECF**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

> The request is granted. A status conference will take place on November 30th, 2022, at 10:00 a.m.. Time is excluded in the interest of justice from October 28, 2021, until November 30th, 2022.
>
> SO ORDERED
> /s/ Alvin K. Hellerstein
> October, 31, 2022

Re:   *United States v. Cliver Antonio Alcala Cordones*, S2 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

The parties write jointly to request a status conference on November 30, 2022, or a date convenient to the Court in approximately 30 days, to discuss the schedule in the above-referenced matter.

In addition, the Government respectfully requests that the Court exclude time under the Speedy Trial Act until the next conference. By way of background, on May 11, 2022, the defense filed a motion for certain discovery, which the Government opposed on June 15, 2022. (Dkt. 102.) On October 21, 2022, the Court denied the defendant's motion. (Dkt. 103.) Pursuant to the Speedy Trial Act, time has been excluded in this matter due to the pendency of this motion practice before the Court. *See* 18 U.S.C. § 3161(h)(1)(D) (excluding from "the time within which the trial of any such offense must commence" any "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion"). In light of the resolution of the defense's motion, the Government respectfully requests, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), that the Court exclude time from today's date, October 28, 2021, to and including the date set by the Court for the next conference to allow the parties to discuss a possible pretrial disposition and allow the defense to review discovery and prepare for trial. The defendant, through counsel, consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:       /s/
Kaylan E. Lasky
Kyle A. Wirshba
Assistant United States Attorneys
(212) 637-2315/2493