UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA        :
                                :   WAIVER OF INDICTMENT
          - v. -                :
                                :   S3 11 Cr. 205 (AKH)
CLIVER ANTONIO ALCALA CORDONES, :
                                :
          Defendant.            :
- - - - - - - - - - - - - - - - X
```

      The above-named defendant, who is accused of one count of Title 18, United States Code, Section 2339B, and one count of Title 18, United States Code, Section 924(h) being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

 

_____
CLIVER ANTONIO ALCALA CORDONES
Defendant

_____
Witness

_____
César de Castro, Esq.
Counsel for Defendant

Date:    New York, New York

         June 29, 2023