UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
: 
UNITED STATES OF AMERICA :
: **ORDER**
:
-against- : 11 Cr. 205 (AKH)
:
:
:
CLIVER ANTONIO ALCALA CORDONES, :
Defendant. :
:
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The sentencing scheduled for October 4, 2023 is adjourned until November 8, 2023 at 11 a.m.

SO ORDERED.

Dated: October 4, 2023         ____/s/ Alvin K. Hellerstein____
New York, New York             ALVIN K. HELLERSTEIN
                               United States District Judge

1