

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 26, 2023

<u>By ECF</u>
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14D
New York, New York 10007

Re:    ***United States v. Cliver Antonio Alcala Cordones***, S3 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

The parties jointly write to respectfully request that the Court adjourn the defendant's sentencing, which is currently scheduled for November 8, 2023. The parties are requesting an adjournment because the pre-sentence report has not yet been finalized; defense counsel's anticipated objections to the initial pre-sentence report may require the Court to hold a *Fatico* hearing; and counsel has conflicting trial schedules over the next few months. Chambers has indicated that the Court is available on April 4, 2024, and the parties are available on that date.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____/s/_____
Nicholas S. Bradley /
Kaylan E. Lasky /
Kevin T. Sullivan /
Assistant United States Attorneys
(212) 637-1581 / 2315 / 1587

cc:    Defense counsel (by ECF)