UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
: 
UNITED STATES OF AMERICA :
: **ORDER**
:
-against- : 11 Cr. 205 (AKH)
:
:
:
CLIVER ANTONIO ALCALA CORDONES, :
:
Defendant. :
:
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The sentencing scheduled for November 8, 2023 is adjourned until January 18, 2024 at 11 a.m.

        SO ORDERED.

Dated:     October 30, 2023          __/s/ Alvin K. Hellerstein____
            New York, New York        ALVIN K. HELLERSTEIN
                                          United States District Judge