

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 9, 2024

<u>By ECF</u>
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14D
New York, New York 10007

Re:   *United States v. Cliver Antonio Alcala Cordones*, S3 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

The Government writes, with the defendant's consent, to respectfully request a short adjournment of the Government's deadline to submit its sentencing submission, in connection with the defendant's sentencing, which is scheduled for January 18, 2024. On January 8, 2024, the United States Probation Office issued the final presentence investigation report (the "PSR") and the defendant submitted his sentencing submission.[1] Accordingly, the Government respectfully requests that it have until January 15, 2024 to file its sentencing submission.

The Government appreciates the Court's consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   <u>       /s/                        </u>
Nicholas S. Bradley /
Kaylan E. Lasky /
Kevin T. Sullivan /
Assistant United States Attorneys
(212) 637-1581 / 2315 / 1587

cc:   Defense counsel (by ECF)

---

[1] In its original letter filed earlier today, the Government mistakenly stated that the PSR was issued on January 7, 2024.