THE LAW FIRM OF

# César de Castro, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

January 17, 2024

**Via ECF, E-mail & Facsimile**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: (212) 805-7942

        Re:    <u>United States v. Cliver Alcalá Cordones, 11 Cr. 205 (AKH)</u>

Dear Judge Hellerstein,

We submit this brief letter in response to the government's sentencing submission. The Court should disregard and strike all portions of the government's sentencing submission referencing and urging the Court to consider "relevant conduct," or evidence of General Alcalá's alleged involvement in narcotics trafficking.

First, General Alcalá pled guilty to charges related to his provision of support to the FARC while a member of the Venezuelan armed forces and *not* narcotics related offenses. And second, the Court already rejected the government's request for a *Fatico* hearing to attempt to prove narcotics related facts.

Accordingly, we respectfully ask the Court to disregard all portions of the government's sentencing submission referencing and urging the Court to consider "relevant conduct," or evidence of General Alcalá's alleged involvement in narcotics trafficking in imposing sentence. We thank the Court for its consideration.

Respectfully submitted,

    /s/

César de Castro
Valerie A. Gotlib
Adam S. Kaufmann
Cristian Francos

Cc: all counsel of record (*via* ECF)