

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 16, 2024

**Via ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Clíver Antonio Alcalá Cordones,*
              **S3 11 Cr. 205 (AKH)**

Dear Judge Hellerstein:

      The Government writes on behalf of the parties to respectfully request entry of the proposed protective order, attached hereto, regarding material to be produced pursuant to the Jencks Act, 18 U.S.C. § 3500, and *Giglio v. United States*, 405 U.S. 150 (1972) in advance of the *Fatico* hearing in this matter scheduled to begin on February 27, 2024.

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                          United States Attorney

         By:     /s/
                    Nicholas S. Bradley
                  Kaylan E. Lasky
                  Kevin T. Sullivan
                  Assistant United States Attorneys
                  (212) 637-1581 / 2315 / 1587

cc:    Defense counsel (by ECF)