UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                      :

UNITED STATES OF AMERICA        :   **SCHEDULING ORDER**

                                      :

       -against-                        :   11 Cr. 205 (AKH)

CLIVER ANTONIO ALCALA CORDONES,  :

                   Defendant.      :

------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The sentencing scheduled for March 14, 2024 is adjourned until April 4, 2024 at 12 p.m.

        SO ORDERED.

Dated:    March 13, 2024              __/s/ Alvin K. Hellerstein____
           New York, New York       ALVIN K. HELLERSTEIN
                                           United States District Judge