UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: 
UNITED STATES OF AMERICA :
: **SCHEDULING ORDER**
:
-against- : 11 Cr. 205 (AKH)
:
:
:
CLIVER ANTONIO ALCALA CORDONES, :
:
Defendant. :
:
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The sentencing scheduled for April 4, 2024 is adjourned until April 8, 2024 at 10 a.m.

       SO ORDERED.

Dated:    March 18, 2024          __/s/ Alvin K. Hellerstein____
           New York, New York      ALVIN K. HELLERSTEIN
                                                 United States District Judge