**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York



Caption:
United States
v.
Cliver Alcala Cordones

Docket No.: 11 Cr. 205

Judge Alvin K. Hellerstein
(District Court Judge)

Notice is hereby given that _____ Cliver Alcala Cordones _____ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ X ], other [ ] _____
(specify)

entered in this action on ___ April 8, 2024 ___.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ X ]   Conviction & Sentence [ ]   Other [ ]

Defendant found guilty by plea [ X ] trial [ ]   | N/A |

Offense occurred after November 1, 1987? Yes [ X ]  No [ ]   N/A [ ]

Date of sentence: ___ April 8, 2024 ___   N/A [ ]

Bail/Jail Disposition: Committed [ X ]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes X | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | César de Castro |
| Counsel's Address: | 111 Fulton Street - 602 |
| | New York, New York 10038 |
| Counsel's Phone: | (631) 460-3951 |
| Assistant U.S. Attorney: | Kaylan Elizabeth Lasky |
| AUSA's Address: | 26 Federal Plaza |
| | New York, New York 10007 |
| AUSA's Phone: | 212-637-2315 |

_____
Signature