UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA,

    -against-

HUGO ARMANDO CARVAJAL BARRIOS, et al.,

                   Defendants.
------------------------------------------------------------ x

**SCHEDULING ORDER**

11 Cr. 205 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The pretrial conference scheduled for July 17, 2024 is adjourned until July 24, 2024 at 2:30 p.m. in Courtroom 14D. Time is excluded until July 24, 2024 at 2:30 p.m. in the interest of justice and in light of ongoing discovery needs. *See* 18 U.S.C. § 3161(h)(7)(A).

Dated:    July 12, 2024                        /s/ Alvin K. Hellerstein
           New York, New York            ALVIN K. HELLERSTEIN
                                                     United States District Judge