**MANDATE**

1:11-cr-00205-AKH-4

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 04 2024

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of September, two thousand twenty-four.

_____

United States of America,

        Appellee,

   v.

Cliver Antonio Alcala Cordones,

        Defendant - Appellant.

_____

**ORDER**

Docket No. 24-1152

Appellant moves to withdraw this appeal.

IT IS HEREBY ORDERED that the motion is GRANTED.

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/03/2024